UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00310-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAY DURAN,

        Defendant.

## ORDER CONTINUING CHANGE OF PLEA

THIS MATTER comes before the Court *sua sponte*. It appears from a review of this Court's docket that a scheduling conflict exists on the date this matter is set for a change of plea hearing.

**IT IS THEREFORE ORDERED** that the Change of Plea hearing set for October 9, 2007, at 9:15 a.m. is **continued** to **November 19, 2007**, at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 4th day of October, 2007.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge